**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Cheryl Lynn HUMPHREY,
Defendant–Appellant.**

**No. 14–11534
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 16, 2015.

Todd B. Grandy, Arthur Lee Bentley, III, Maria Chapa Lopez, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, PA, Orlando, FL, for Defendant–Appellant.

Before HULL, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Cheryl Humphrey in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Humphrey's conviction and sentence are **AFFIRMED**.